425 A.2d 840

Commonwealth v. Hill, Jr., Appellant.

* President Judge John Q. Stranahan of the Court of Common Pleas of Mercer County, Pennsylvania, and Judge Leonard Sugerman of the Court of Common Pleas of Chester County, are sitting by designation.

 Submitted March 23, 1979. Michael J. Sheridan, for appellant; Ronald Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and MONTGOMERY, JJ.

Order affirmed.